BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL LEONTAPIA;<br>EDUARDO ZAZUETA GARCIA;<br>ARMANDO MENDOZA;<br>GILBERTO CHAVEZ LEON; AND<br>GUILLERMO PAREDES, JR.,<br><br>Defendants. | CASE NO.  1:12-CR-344-LJO-SKO<br><br>**EX PARTE APPLICATION AND**<br>**ORDER TO UNSEAL INDICTMENT** |

The United States of America hereby applies for an order unsealing the indictment in the above-captioned case as two of the defendants have been apprehended and will be appearing for arraignment.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: <u>November 1, 2012</u>          By:    <u>/s/ Yasin Mohammad</u>
                                                  YASIN MOHAMMAD
                                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-344-LJO-SKO |
| Plaintiff, | **[PROPOSED] ORDER UNSEALING INDICTMENT** |
| v. | |
| MIGUEL ANGEL LEONTAPIA; EDUARDO ZAZUETA GARCIA; ARMANDO MENDOZA; GILBERTO CHAVEZ LEON; AND GUILLERMO PAREDES, JR., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED.

IT IS SO ORDERED.

Dated:  **November 1, 2012**        /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE