**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
EDUARDO ZAZUETA GARCIA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ZAZUETA GARCIA,<br><br>Defendant. | Case No.: 1:12-CR-00344-LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **March 2, 2015**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, EDUARDO ZAZUETA GARCIA, by and through his attorney of record, Anthony P. Capozzi and the United States Attorneys by and through Kevin P. Rooney and Mark Cullers, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 2, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **March 30, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on December 1, 2014. Ongoing negotiations have been taking place between the Government and the Defendant. Additional information is needed prior to sentencing which may be completed by March 30, 2015.

    b. Defense counsel is unexpectedly going to be out of town on Monday March

2, 2015.

c. The parties request that Informal Objections be filed on March 9, 2015, and Formal Objections be filed on March 23, 2015.

d. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   February 26, 2015   By:   */s/ Mark Cullers*
MARK CULLERS
United States Attorney

DATED:   February 26, 2015   By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant EDUARDO ZAZUETA GARCIA

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**T**he sentencing currently scheduled for March 2, 2015, at 8:30 a.m. is continued to **March 30, 2015, at 8:30 a.m.** and the Informal Objections be filed on March 9, 2015, and Formal Objections be filed on March 23, 2015.

IT IS SO ORDERED.

Dated:   **February 26, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE