HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Eduardo Zazueta Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00344-JLT-SKO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON |
| vs. | Date:    January 11, 2024 |
| EDUARDO ZAZUETA GARCIA, | Time:    2:00  p.m. |
| *Defendant.* | Judge:  Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, KATRINA BROWNSON, Assistant United States Attorney, counsel for plaintiff, and

ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Eduardo Zazueta Garcia,

that the status conference scheduled for November 30, 2023 may be continued to January 11,

2024, or the soonest date thereafter convenient to the court.

The parties have investigated the possibility of a transfer of jurisdiction to the Northern

District of California and have learned that the Northern District prefers this matter be resolved in

the Eastern District of California prior to a possible transfer. This continuance is requested to

allow time for additional investigation to allow the parties time to determine how best to proceed.

The United States probation Office does not object to this continuance.

//

1    The parties agree that any delay resulting from the continuance shall be excluded as

2  necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3  3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested

4  continuance outweigh the interests of the public and the defendant in a speedy trial.

5

6                                                                    PHILLIP A. TALBERT
                                                                     United States Attorney
7

8  DATED: November 28, 2023              By:    /s/ *Katrina Brownson*
                                                 KATRINA BROWNSON
9                                                Assistant U. S. Attorney
                                                 Attorney for Plaintiff
10

11                                                                   HEATHER E. WILLIAMS
                                                                     Federal Defender
12

13  DATED: November 28, 2023             By:    /s/ *Eric V. Kersten*
                                                 ERIC V. KERSTEN
14                                               Assistant Federal Defender
                                                 Attorney for Defendant
15                                               Eduardo Zazueta Garcia

16

17

18                                   **O R D E R**

19    IT IS SO ORDERED. The status conference scheduled for November 30, 2023, is

20  continued to **January 11, 2024, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

21  IT IS SO ORDERED.

22

23    Dated:   **November 29, 2023**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

Garcia: Stipulation to Continue Status Conference          2