HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Eduardo Zazueta Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00344 JLT |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON |
| vs. | Date:   February 1, 2024 |
| EDUARDO ZAZUETA GARCIA, | Time:   2:00  p.m. |
| *Defendant.* | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CODY CHAPPLE, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Eduardo Zazueta Garcia, that the status conference set for January 11, 2024 may be continued to February 1, 2024, or the soonest date thereafter convenient to the court.

The parties have investigated the possibility of a transfer of jurisdiction to the Northern District of California and have learned that the Northern District prefers this matter be resolved in the Eastern District of California prior to a possible transfer. Further, AUSA Cody Chapple has has just been assigned to the case. This continuance is requested to allow time for additional investigation to allow the parties time to determine how best to proceed. If no resolution is reached, the parties will request that the matter be set for a contested hearing at the next Status

Conference. Defendant is out of custody and the United States Probation Office does not object to this request.

No time waiver is required because the is a supervised release proceeding. However, out of an abundance of caution The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: January 10, 2024 | By:  /s/ *Cody Chapple*<br>CODY CHAPPLE<br>Assistant U. S. Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 10, 2024 | By:  /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Eduardo Zazueta Garcia |

**O R D E R**

IT IS SO ORDERED. The status conference scheduled for January 11, 2024 is continued to February 1, 2024.

IT IS SO ORDERED.

Dated:   **January 11, 2024**

_____
UNITED STATES MAGISTRATE JUDGE