HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Eduardo Zazueta Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>EDUARDO ZAZUETA GARCIA,<br><br>*Defendant.* | Case No. 1:12-cr-00344-JLT<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON<br><br>Date: February 8, 2024<br>Time: 2:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CODY CHAPPLE, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Eduardo Zazueta Garcia, that the status conference set for February 1, 2024 may be continued to February 8, 2024.

The government intends to file a motion to dismiss the pending supervised release violation petition and this continuance is requested to allow time for the dismissal to be filed prior to the Status Conference. Defendant is out of custody and the United States Probation Office does not object to this request.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: January 10, 2024 | By: /s/ *Cody Chapple*<br>CODY CHAPPLE<br>Assistant U. S. Attorney<br>Attorney for Plaintiff |

|  |  |
|---|---|
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 10, 2024 | By:    /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Eduardo Zazueta Garcia |

### **O R D E R**

IT IS SO ORDERED. The status conference scheduled for February 1, 2024, is continued to **February 8, 2024, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **January 30, 2024**            /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE