1 | PHILLIP A. TALBERT
United States Attorney
2 | CODY S. CHAPPLE
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00344-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS PETITION AND ORDER** |
| EDUARDO ZAZUETA GARCIA | DATE: February 8, 2024
TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

The United States of America moves to dismiss the Petition for Violation of Supervised Release [ECF 171] filed by the United States Probation Office on August 28, 2023, without prejudice, in the interest of justice. Defendant Garcia is out of custody and the United States Probation Office does not object to this request.

DATED: February 1, 2024                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                   By:     /s/ *Cody Chapple*
                                           Cody S. Chapple
                                           Assistant United States Attorney

1

## **ORDER**

IT IS HEREBY ORDERED that the Petition for Violation of Supervised Release [ECF 171] filed against defendant Eduardo Zazueta Garcia in Case No. 1:12-cr-00344-JLT-SKO by the United States Probation Office on August 28, 2023, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 2, 2024**


UNITED STATES DISTRICT JUDGE